UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

JAMES D. MORGAN, )
)
    *Plaintiff*, )
v. ) No. 1:04-cv-128
) *Edgar / Carter*
BLUECROSS BLUESHIELD OF )
MINNESOTA, and UNITED )
HEALTHCARE (UHC), )
)
    *Defendants*. )

## O R D E R

United States Magistrate Judge William B. Mitchell Carter filed his report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). [Court Doc. No. 31]. The parties have not filed objections. After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 633(b)(1)(B). A separate default judgment will enter **AWARDING** plaintiff James D. Morgan compensatory damages in the amount of **$7,496.70**, plus attorney's fees and costs in the amount of **$5,866.26**.

    SO ORDERED.

    ENTER this *29th day of November, 2005*.

                                          /s/ R. Allan Edgar
                                          R. ALLAN EDGAR
                                      UNITED STATES DISTRICT JUDGE