UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JAMES D. MORGAN, )<br>)<br>*Plaintiff*, )<br>v. )<br>)<br>BLUECROSS BLUESHIELD OF )<br>MINNESOTA, and UNITED )<br>HEALTHCARE (UHC), )<br>)<br>*Defendants.* ) | No. 1:04-cv-128<br>*Edgar / Carter* |

## AMENDED ORDER

United States Magistrate Judge William B. Mitchell Carter filed his report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). [Court Doc. No. 31]. The parties have not filed objections. After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 633(b)(1)(B). A separate default judgment will enter **AWARDING** plaintiff James D. Morgan compensatory damages in the amount of **$7,496.70**, plus attorney's fees and costs in the amount of **$3,570.01**.

        SO ORDERED.

        ENTER this *5th day of December, 2005*.

                                      */s/ R. Allan Edgar*
                                      R. ALLAN EDGAR
                              UNITED STATES DISTRICT JUDGE